```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VIVIA AMALFITANO and
GERARD AMALFITANO,

                                                         04 CV 02027 (NRB)

                Plaintiffs,

    -- against --
                                                        ORDER
                                                        SUBSTITUTING COUNSEL

ARMAND J. ROSENBERG

                Defendant.           ECF CASE
-------------------------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE:**

        An application having been submitted by Richard E. Hahn, Esq., counsel of record for plaintiffs herein, to substitute the law firm of Llorca & Hahn, LLP as counsel of record for plaintiffs, and plaintiffs having submitted a duly executed consent to such substitution, and good cause appearing therefor, it is hereby

        **ORDERED**, that the law firm of LLORCA & HAHN LLP, with offices at 444 Madison Avenue, 27th Floor, New York, New York 10022; telephone: 212-826-8200; facsimile: 212-935-0671; e-mail: R.Hahn@verizon.net, is hereby substituted as counsel of record for plaintiffs Vivia Amalfitano and Gerard Amalfitano in this action in place and stead of Richard E. Hahn, Esq., individually.

Dated:    New York, New York
             March 22, 2006

                                                                  NAOMI REICE BUCHWALD
                                                                  UNITED STATES DISTRICT JUDGE