USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 9 2009

SDNY/ NYNY
04-cv-2027
Buchwald

## ITEMIZED AND VERIFIED BILL OF COSTS

United States Court of Appeals
For the Second Circuit

DOCKETED AS A JUDGMENT ON 8/19/09  #09/1569


FILED AUG 17 2009

VIVIA AMALFITANO & GERARD AMALFITANO
----------------------------
        Plaintiffs-Appellees,

vs.

Docket No. 06-2364-cv

**ARMAND ROSENBERG**
----------------------------
        Defendant-Appellant.

Counsel for __Appellees Vivia Amalfitano & Gerard Amalfitano__ respectfully submits, pursuant to Rule 39( c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the __Appellant__ and in favor of __Appellees__ for insertion in the mandate.

Docketing Action  .................................  _____

Costs of printing appendix (necessary copies __11__ )  .............  __1,036.17__

Costs of printing brief (necessary copies __12__ )  ..............  __742.37__

Costs of printing reply brief (necessary copies ____ )  ...........  _____

(VERIFICATION HERE)
Sworn to and verified to be expenses incurred
and paid by my law firm in connection with the
within appeal.

STATEMENT OF COSTS
Taxed in the amount of $ __1,778.54__ in favor of
__Appellees Vivia & Gerard Amalfitano__
FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by __Joy Fallek__
Joy Fallek, Administrative Attorney

AUG 17 2009
Date

(Signature)
Richard E. Hahn
Llorca & Hahn LLP
845 Third Avenue, Suite 1700
New York, New York 10022
212-826-8200

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED:
AUG 18 2009

# Invoice

**Counsel Press LLC**
SDS-12-2802
PO Box 86
Minneapolis, MN 55486-2802

**PLEASE NOTE NEW REMITTANCE ADDRESS**

Invoice Number: 0008110039
Date: 11/13/2008
Fed. Tax ID: 43-2070509

Terms: ON RECEIPT

Sold To:

Llorca & Hahn LLP
845 Third Avenue, Suite 1700
New York, NY 10022   USA

Attention: Richard E. Hahn, Esq.

File No.: 218505
Court: NYCOA
Case Name: Amalfitano v. Rosenberg

For Reproduction of:

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | RESPONDENT'S APPENDIX | | | |
| | - (35 copies) | @ | $135.00 | $135.00 |
| 1.00 | Cover(s) | @ | $5.10 | $668.10 |
| 131.00 | Page(s) | @ | $0.25 | $32.00 |
| 128.00 | Numbered Make Ready | @ | $5.50 | $121.00 |
| 22.00 | Page Heading(s) | @ | ~~$29.39~~ | ~~$440.85~~ |
| ~~15.00~~ | ~~Additional Copies Over 20~~ | @ | ~~$105.00~~ | ~~$105.00~~ |
| ~~1.00~~ | ~~Filing & 1 Service(s)~~ | @ | ~~$75.00~~ | ~~$75.00~~ |
| ~~1.00~~ | ~~Federal Express - Filing~~ | | | |
| | RESPONDENT'S BRIEF | | | |
| | - (34 copies) | @ | $685.00 | $685.00 |
| 1.00 | Preparation of Brief | @ | ~~$19.20~~ | ~~$268.80~~ |
| ~~14.00~~ | ~~Additional Copies Over 20~~ | | | |

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment

00-DR

| | |
|---|---|
| Subtotal | $2,530.75 |
| Sales Tax | $211.95 |
| Discount | $0.00 |
| Payment/Credit Amount | $0.00 |
| Balance | $2,742.70 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY

## DECLARATION OF SERVICE

**RICHARD E. HAHN**, a New York attorney, affirms and declares under penalty of perjury as follows:

I am over the age of eighteen years, am not a party to this action, and reside in New York, New York.

On July 14, 2009, I served a true copy of the within **Bill of Costs and Printer's Bill** on counsel for Defendant-Appellant by depositing same in a postage paid stamped envelope in a United States Postal Service box located in the City and State of New York addressed as follows:

> William J. Davis, Esq.
> Scheichet & Davis, P.C.
> 767 Third Avenue, 24th Floor
> New York, New York 10017

that being the addresses set forth in papers last served by them in this action.

Dated:   New York, New York
         July 14, 2009

_____
Richard E. Hahn